MakPROB 12C
(7/93)

Report Date: March 25, 2016

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2016

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: James Lee Lomakema    Case Number: 0980 1:15CR02041-RMP-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: December 2, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Stolen Mail, 18 U.S.C. § 1708 | | |
| Original Sentence: | Prison 6 months; TSR - 36 months | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Alvin Lee Guzman | Date Supervision Commenced: | December 9, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | December 8, 2018 |

### PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on January 20, 2016.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Lomakema was charged with attempt to elude a police vehicle and possession of a stolen vehicle, Yakima County Superior Court, cause number 16-1-00512-3, on March 14, 2016.<br><br>According to the Yakima County Sheriff's Office incident report, on March 14, 2016, deputies took a stolen vehicle incident report. On this same date while the officer was on patrol in the area, he observed a vehicle matching the description of the stolen vehicle. The officer made an attempt to contact the driver of the vehicle; however, it sped away. Although the officer activated his vehicle's emergency lights and siren, the vehicle continued to travel through dirt and gravel roads failing to stop. While pursuing the vehicle, the vehicle failed to stop or even slow down at stop signs. According to the police report, speeds reached 70 miles per hour. The chase continued through dirt and gravel roads. After approximately 20 minutes of following the vehicle, the officer temporarily terminated the pursuit due to not knowing his location since he was in an area that had no road signs. With the assistance of Tribal Police, the officer again located the stolen vehicle and the pursuit again resumed reaching speeds of approximately 60 to 70 mile per hour. The |

Prob12C
Re: Lomakema, James Lee
March 25, 2016
Page 2

speeding vehicle was finally rammed by the patrol vehicle forcing him to a complete stop. The defendant then made an attempt to flee on foot until but was apprehended by officers. According to the police report, the defendant refused to comply with officer directives, and would not get his hand out from under him.  After the subject was finally under control, he was identified as James L. Lomakema.

It should also be noted, the defendant requested medical assistance.  According to the reports, the defendant reported to medical staff that he was tazed.  However, according to the arresting officer, defendant was never tazed.  Medical reports also noted the defendant reported being tazed, but doctors could not find any sign of this occurring.

The defendant was later booked for eluding police and possession of a stolen vehicle.  These charges are still pending and bail was set at $20,000.  His next court hearing is currently set for March 29, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/25/2016

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition
      with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ x]  Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

3/25/2016
Date