PROB 12C
(7/93)

Report Date: January 30, 2017

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2017

SEAN F. MCAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: James Lee Lomakema       Case Number: 0980 1:15CR02041-RMP-1

Address of Offender: ▇▇▇▇▇

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: December 2, 2015

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Mail, 18 U.S.C. § 1708 | |
| Original Sentence: | Prison - 6 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (07/27/2016) | Prison - 6 months; TSR - 30 months | |
| Asst. U.S. Attorney: | Alvin Lee Guzman | Date Supervision Commenced: December 12, 2016 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: June 11, 2019 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #8**: The defendant must report to the probation office in the federal judicial district where he or she is authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells the defendant to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: Mr. Lomakema failed to report to the probation office within 72 hours of being released from custody on December 12, 2016.<br><br>Mr. Lomakema released from Sheridan Federal Correctional Institute on December 12, 2016 and failed to report to the United Stated Probation Office within 72 hours.<br><br>On January 27, 2017, this officer contacted Mr. Lomakema's sister who advised she had not seen nor heard from him since his release from custody and did not know of his current whereabouts. |

Prob12C
**Re: Lomakema, James Lee**
**January 30, 2017**
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 30, 2017

s/Jonathan G. Barcom

Jonathan G. Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/29/2017

Date